# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re:

Bamberg County Memorial Hospital,

    Debtor.

Case No. 11-3877
Chapter 9

## RESPONSE OF DEBTOR TO § 362 MOTION OF BAMBERG HEALTHCARE PROPERTIES, INC. UNIHEALTH POST-ACUTE CARE OF BAMBERG, LLC, AND UNITED PHARMACY SERVICES, INC. D/B/A UNITED PHARMACY SERVICES OF LEXINGTON (Document No. 47)

Debtor responds to the Motion for Stay Relief [Document no. 47] as follows:

1. Debtor admits paragraphs 1, 5 and 6 of the Motion.

2. Debtor lacks sufficient information to admit or deny paragraphs 2, 3 and 4 of the Motion and therefore denies same.

3. Debtor admits that it is not a party to or contractually obligated to Movants under the contracts referenced in the Motion. However, Debtor has made payments to Movants for good or services rendered pursuant to one or more of the contracts.

4. Debtor does not contend that the automatic stay is applicable to the extent Movants seek to enforce the contracts against a party other than the Debtor or its officers.

5. Debtor reserves any and all rights it might have against the Movants for claims, known or unknown, relating to or arising from the contracts which form the basis for the relief sought by the Motion.

Accordingly, Debtor requests that the court inquire into this matter and enter such order as is appropriate.

HAYNSWORTH SINKLER BOYD, P.A.

By: /s/ Stanley H. McGuffin
    Stanley H. McGuffin
    Federal ID No. 2833
1201 Main Street, Suite 2200
Post Office Drawer 11889 (29211-1889)
Columbia, South Carolina 29201
Attorneys for Bamberg County Memorial Hospital

July 15, 2011

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:

Bamberg County Memorial Hospital

Debtor.

Case No. 11-03877
Chapter 9

## CERTIFICATE OF SERVICE

I, the undersigned employee of Haynsworth Sinkler Boyd, P.A., do hereby certify that I have caused the foregoing to be served via U.S. Mail or by other means indicated below on June 23, 2011, with return address clearly shown to said parties at the addresses shown below

1. **RESPONSE OF DEBTOR TO § 362 MOTION OF BAMBERG HEALTHCARE PROPERTIES, INC. UNIHEALTH POST-ACUTE CARE OF BAMBERG, LLC, AND UNITED PHARMACY SERVICES, INC. D/B/A UNITED PHARMACY SERVICES OF LEXINGTON (Document No. 47)**

*Parties of Record*

**See Attached Service List**

HAYNSWORTH SINKLER BOYD, P.A.

By: /s/ Tami G. Hatcher
Tami G. Hatcher
Paralegal to Stanley H. McGuffin

Date: July 15, 2011

George B. Cauthen
Nelson Mullins Riley & Scarborough
Post Office Box 11070
Columbia, South Carolina 29211

Benjamin M. Cunningham
Palmetto Health
293 Greystone Blvd.
Columbia, South Carolina 29210

Debbie Clyde
Beckman Coulter
250 S. Kraemer
Brea, CA 92821

Greg Brann
Owens & Minor
9120 Lockwood Blvd.
Mechanicsville, VA 23116

James B. Britain
Computer Programs & Systems, Inc.
6600 Wall Street
Mobile, AL 36695